## GRADY v. NATIONAL CONDUIT & CABLE CO.

(Supreme Court, Second Department, Appellate Division. December, 5, 1913.)

Motion for leave to appeal to the Court of Appeals. Motion granted.
Argued before JENKS, P. J., and THOMAS, CARR, RICH, and PUTNAM, JJ.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted. See former opinion in this case (153 App. Div. 401, 138 N. Y. Supp. 549), and opinion in Welch v. Waterbury Co., decided herewith (144 N. Y. Supp. 689).